**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT FRANKFORT**

CIVIL ACTION NO. 3:17-CV-00100                                                FILED ELECTRONICALLY

ANTONIO ARRIOLA, et al.,                                                          PLAINTIFFS

v.    **SUBMISSION OF NOTICE IN COMPLIANCE WITH**
       **COURT'S SEPTEMBER 14, 2018 ORDER**

COMMONWEALTH OF KENTUCKY, et al.,                                     DEFENDANTS

---

      Come Defendants, by counsel, and provide the following:

      In an order dated September 14, 2018, the Court allowed Defendants up to and including October 15, 2018 to identify and contract with an independent auditor to conduct an independent audit of Correctional education and behavioral programming records. The Court directed Defendants to file notice in the record identifying the selected independent auditor on or before October 15, 2018. In compliance with that Order, Defendants submit notice that the Kentucky Department of Corrections has entered into a contract with KPMG LLP.

                                              Respectfully submitted,

                                              */s/ Angela T. Dunham*

                                              _____
                                              ANGELA T. DUNHAM

                                              Justice & Public Safety Cabinet
                                              Office of Legal Services
                                              125 Holmes Street, 2nd Floor
                                              Frankfort, Kentucky 40601
                                              Telephone: (502) 564-8220

                                              Fax: (502) 564-6686

*Counsel for Defendants Commonwealth of Kentucky, Kentucky Department of Corrections, J. Michael Brown, LaDonna Thompson, Chris Cropp, and John Tilley*

CERTIFICATE OF SERVICE

    I hereby certify that on October 15, 2018 I electronically filed this document with the Court using the CM/ECF system.  It is my understanding that all counsel are participants in the CM/ECF and that service will be accomplished through the CM/ECF system.

*/s/ Angela T. Dunham*

_____

*Counsel for Defendants Commonwealth of Kentucky, Kentucky Department of Corrections, J. Michael Brown, LaDonna Thomspon, Chris Cropp, and John Tilley*