UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| ANTONIO ARRIOLA, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:17-cv-00100-GFVT |
| V. | ) ) | **ORDER** |
| COMMONWEALTH OF KENTUCKY, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Plaintiffs' Motion to Appoint Auditor and for Audit Meeting. [R. 56.] The state court order in this matter directed that an auditor be appointed to audit the correctional education records of the Defendants, and that Hon. C. Cleveland Gambill would be appointed to supervise the audit. [R. 14-1.] This Court has now ruled that the state court order remains in effect upon removal to federal court. [R. 28.] In compliance with the Court's Order, Defendants identified KPMG, LLP, as the independent auditor which would conduct the audit of their records. [R. 55.] Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

      1.      The Plaintiffs' Motion to Appoint Auditor [**R. 56**] is **GRANTED**;

      2.      KPMG, LLP, is **APPOINTED** as the independent auditor to perform the audit previously described [*See* R. 14-1 at 18–19];

      3.      Hon. C. Cleveland Gambill is **APPOINTED** to serve as Special Master to monitor the audit process, meeting with the parties and providing monthly reports to the Court concerning the status of the audit; and

4.	The Clerk is **DIRECTED** to establish a CM/ECF filing user account for Hon. C. Cleveland Gambill, in his capacity as Special Master in this matter.

This the 24th day of October, 2018.

Gregory F. Van Tatenhove
United States District Judge