UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

*ELECTRONICALLY FILED*

| | |
|---|---|
| KEATH BRAMBLETT, *et. al.*, ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-00100-GFVT |
| ) | |
| COMMONWEATH OF KENTUCKY, *et. al.*, ) | |
| ) | |
| DEFENDANTS. ) | |

## NON-PARTY KPMG'S MOTION TO SEAL AUDIT

On November 2, 2021, the Court ordered non-party, independent auditor KPMG to file its Audit Report in this matter. In accordance with that Order, KPMG does hereby file the Audit Report, but moves the Court to seal the Audit Report as it contains personal data and inmate records.

Accordingly, KPMG asks that its Motion to Seal be granted and the Audit Report attached hereto as an exhibit be placed in the record under seal. A proposed order is attached for the Court's convenience.

Respectfully submitted,

*/s/ Kent Wicker*
Kent Wicker
DRESSMAN BENZINGER LAVELLE PSC
2100 Waterfront Plaza
321 West Main Street
Louisville, KY 40202
(502) 572-2500
*Counsel for Non-Party Independent Auditor KPMG*

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was served on all counsel of record by electronic filing this 16th day of November 2021. Copies of the Audit Report being tendered under seal have been made available to the parties through KPMG's secure SFTP.

*/s/ Kent Wicker*
Kent Wicker