UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| KEATH BRAMBLETT, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 3:17-cv-00100-GFVT |
| | ) | |
| V. | ) | |
| | ) | **ORDER** |
| COMMONWEALTH OF KENTUCKY, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on KPMG's Motion to Seal [R. 189.] On November 16, 2021, KPMG filed the results of its audit in the Record. [R. 190.] Because the audit contains personal identifiers, however, KPMG seeks its audit to be filed under seal [R. 189.] Upon review, the Court will grant KPMG's request. But, because KPMG's audit contains information to which public access is necessary, the Court will require a redacted copy filed in the Record. Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. Parties **SHALL** provide the Court three bound hard copies of KPMG's audit for its review, to be delivered to the United States Clerk's Office in Frankfort, Kentucky within thirty days of the date of the entrance of this Order;

2. Within ninety days of the date of entrance of this Order, KPMG's audit shall be **REDACTED** and filed jointly by the Parties into the Record;

3. KPMG's Motion to Seal [R. 189] is **GRANTED**;

4. The Court's Show Cause Order [R. 192] is **DISCHARGED**.

This the 22d day of November, 2021.

Gregory F. Van Tatenhove
United States District Judge

Case: 3:17-cv-00100-GFVT-EBA    Doc #: 202    Filed: 11/22/21    Page: 2 of 2 - Page ID#: 4707