UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

**[Filed Electronically]**

| | |
|---|---|
| KEATH BRAMBLETT, et al., individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| PLAINTIFFS | )<br>) |
| v. | ) CASE NO. 3:17-cv-100-GFVT<br>)<br>) |
| COMMONWEALTH OF KENTUCKY, et al., | )<br>)<br>) |
| DEFENDANTS. | ) |

**JOINT NOTICE OF FILING
OF REDACTED KPMG AUDIT REPORT AND APPENDICES**

The Plaintiff Class and Defendants Commonwealth of Kentucky, et al. (collectively the "Parties"), hereby notify the Court that, pursuant to the Order of the Court (DN 202), they have jointly filed into the electronic record a redacted copy of:

1.   The Final Report of the Court-appointed auditor, KPMG, LLP;

2.   Appendices B(1) concerning Memoranda dated June 22, 2020, September 15, 2020, and December 2, 2020;

3.   Appendices B(1) Nos. 2-35; and

4.   Appendices D Decision Points 1 and 13(a).

Appendices A and B(2), are Excel-format documents containing numerous embedded files and voluminous data and cannot be filed electronically.  Unredacted copies of these Appendices were previously filed under seal at DN 191.  Contemporaneous with the filing of this notice, the parties

have jointly moved the Court for an extension to and including Friday, February 25, 2022, to conventionally file these two remaining redacted appendices.

Respectfully submitted,

/s/ Gregory A. Belzley
Gregory A. Belzley
gbelzley3b@gmail.com
Camille A. Bathurst
cbathurst3b@gmail.com
Aaron Bentley
abentley3b@gmail.com
Belzley, Bathurst & Bentley
P.O. Box 278
Prospect, KY  40059
502/292-2452

*Counsel for the Plaintiff Class*


/s/ Mark F. Bizzell** by permission
Mark F. Bizzell
Justice & Public Safety Cabinet Office of
	Legal Services
125 Holmes Street, 2nd Floor
Frankfort, Kentucky 40601
Phone: (502) 782-1097
Fax: (502) 564-6686
mark.bizzell@ky.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed via CM/ECF, which will send electronic notice and a copy of the foregoing to all counsel of record, and that a true and correct copy of the foregoing was also emailed on February 21, 2022, to:

Hon. C. Cleveland Gambill
P.O. Box 58243
Louisville, KY  40263-0243

/s/ Gregory A. Belzley
Gregory A. Belzley

2